NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1026
(Opposition No. 91190283)

DANIEL SADEH,

Appellant,

v.

W. JOSEPH BIGGS,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

O R D E R

Daniel Sadeh moves for an extension of time to pay the docketing fee.

We note that this appeal was dismissed, for failure to pay the fee, shortly before Sadeh's motion was received by the court.

Upon consideration thereof,

IT IS ORDERED THAT:

The mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, if Sadeh submits the following within 30 days of the date of filing of this order:  (1) either the docketing fee or a motion for leave to proceed in forma pauperis (form enclosed), and (2) a completed brief (form enclosed).

FOR THE COURT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2009

JAN HORBALY
CLERK

NOV 2 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel Sadeh (motion for leave to proceed in forma pauperis and informal brief form enclosed)
Ryan T. Santurri, Esq.

s8